UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITY PEOPLE, INC., <br> Plaintiff, <br> v. <br> MICHELLE K. LEE, et al., <br> Defendants. | Case No. 15-cv-03172-JST <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE** |

The Court has received the parties' request to continue their case management conference and corresponding deadlines, and to continue their ADR compliance deadlines. ECF No. 24.

The request to continue the case management conference is GRANTED. The Court agrees that it makes more sense to conduct a conference after the Court has ruled on Defendants' motions to dismiss. ECF Nos. 16, 20. The case management conference currently scheduled for October 14, 2015 is CONTINUED to November 18, 2015. A joint case management statement must be filed, and initial disclosures must be completed, by November 11, 2015.

The request to modify the Court's previously set ADR deadlines is DENIED. The parties were ordered to have met and conferred about ADR; filed an ADR Certification signed by the Parties and Counsel; and filed either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference, all by September 16, 2015. ECF No. 5. The parties' September 24, 2015 request is untimely and fails to state good cause for the requested relief.

The parties are ordered to comply with the ADR terms of the Court's July 9, 2015 order by October 1, 2015. They must meet and confer about an appropriate ADR mechanism, file an ADR Certification signed by Parties and Counsel, and file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference by that date.

1 If the parties have not completed those tasks by October 1, 2015, they are ORDERED TO
2 SHOW CAUSE why sanctions should not be imposed for their failures to comply with the Court's
3 orders. A hearing on this order to show cause will take place on October 22, 2015 at 2:00 p.m. A
4 written response to this order to show cause must be filed by October 15, 2015. If the parties have
5 complied with their ADR obligations by October 1, 2015, the order to show cause will be vacated
6 and the hearing will proceed only as the motions calendared for that date.

IT IS SO ORDERED.

Dated: September 24, 2015

_____
JON S. TIGAR
United States District Judge