BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ERIC WOMACK
Assistant Director
Federal Programs Branch

MATTHEW J.B. LAWRENCE
Trial Attorney
United States Department of Justice
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20001
Telephone:   (202) 616-8105
Facsimile:    (202) 616-8202
Email:          Matthew.Lawrence@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITY PEOPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELLE K. LEE, in her capacity as Director of the United States Patent and Trademark Office, the UNITED STATES PATENT AND TRADEMARK OFFICE, and OJMAR US, LLC, <br><br> Defendants. | No. 3:15-cv-03172-HSG <br><br> DEFENDANTS' STATEMENT OF RECENT DECISION |

Defendants Michelle K. Lee and the United States Patent and Trademark Office, both sued in their official capacity ("Federal Defendants"), and Defendant Ojmar US, LLC, through their respective undersigned counsel, jointly notify the Court of the following supplemental authority:

- On December 2, 2015, the Federal Circuit issued its decision in *MCM Portfolio, LLC v. Hewlett-Packard Co.*, No. 2015-1091 ("*MCM Portfolio*") concluding, *inter alia*, that "a patent owner cannot appeal the Board's decision to institute *inter partes* review," *MCM Portfolio*, Mem. Op. at 7 (Ex. A), that "the inter partes review provisions do not violate Article III" and that "the Seventh Amendment

poses no barrier to agency adjudication without a jury." *MCM Portfolio*, Mem. Op. at 13, 16; *see also id.* at 1 ("On the merits, we reject [plaintiff's] argument that inter partes review violates Article III and the Seventh Amendment.").

DATED: December 7, 2015                Respectfully submitted,

*/s/ Roderick M. Thompson*
Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Daniel C. Callaway (State Bar No. 262675)
dcallaway@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant, Ojmar US, LLC


BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ERIC WOMACK
Assistant Director
Federal Programs Branch

*/s/ Matthew J.B. Lawrence*
MATTHEW J.B. LAWRENCE
Trial Attorney
United States Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
(202) 616-8105
(202) 616-8202 (fax)
Matthew.Lawrence@usdoj.gov

Attorneys for Federal Defendants

**ATTESTATION**

Pursuant to Local Rule 5-l(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained concurrence in the filing of the document from the other signatories.

<u>/s/ Matthew J.B. Lawrence</u>